UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:  21CR3152-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE |
| TYLER BECKER, | |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for January 21, 2022 at 1:30 p.m., be continued to February 25, 2022 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by January 28, 2022.

For the reasons set forth in the joint motion, it is further ordered that the time between January 21, 2022 and February 25, 2022, is excluded under the Speedy Trial Act in the interests of justice.

IT IS SO ORDERED.

Dated:  January 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge