UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.: 21CR3152-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE |
| TYLER BECKER, | |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing currently set for April 22, 2022 at 1:30 p.m., be continued to May 27, 2022 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by April 29, 2022.

For the reasons set forth in the joint motion, it is further ordered that the time between April 22, 2021 and May 27, 2022, is excluded under the Speedy Trial Act in the interests of justice.

IT IS SO ORDERED.

Dated: April 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge